**REQUIRED STATEMENT
TO ACCOMPANY MOTIONS FOR RELIEF FROM STAY**

All Cases: Debtor(s) _____Alberta D. Mack-Lee_____ Case No. __19 B 13688__ Chapter __13__

All Cases: Moving Creditor _____Kia Motors Finance Company_____ Date Case Filed __5/13/19__

Nature of Relief Sought: ☑ Lift Stay    ☐ Annul Stay    ☐ Other (describe) _____

Chapter 13: Date of Confirmation Hearing _____ or Date Plan Confirmed __8/7/19__

Chapter 7: ☐ No-Asset Report Filed on _____
   ☐ No-Asset Report not Filed, Date of Creditors Meeting _____

1. Collateral
   a. ☐ Home
   b. ☑ Car   Year, Make, and Model _____2019 Kia Sportage_____
   c. ☐ Other (describe) _____

2. Balance Owed as of Petition Date   $ __45,990.29 as of 9/25/19__
   Total of all other Liens against Collateral $ _____

3. In chapter 13 cases, if a post-petition default is asserted in the motion, attach a payment history listing the amounts and dates of all payments received from the debtor(s) post-petition.

4. Estimated Value of Collateral (must be supplied in *all* cases)   $ __34,600.00__

5. Default
   a. ☑ Pre-Petition Default
      Number of months __7__   Amount $ __550.40__

   b. ☑ Post-Petition Default
      i. ☑ On direct payments to the moving creditor
         Number of months __4__   Amount $ __3,124.16 w/ next due 10/1__

      ii. ☐ On payments to the Standing Chapter 13 Trustee
         Number of months ____   Amount $ _____

6. Other Allegations
   a. ☑ Lack of Adequate Protection  § 362(d)(1)
      i. ☑ No insurance
      ii. ☐ Taxes unpaid    Amount $ _____
      iii. ☑ Rapidly depreciating asset
      iv. ☐ Other (describe) _____

   b. ☑ No Equity and not Necessary for an Effective Reorganization § 362(d)(2)

   c. ☐ Other "Cause" § 362(d)(1)
      i. ☐ Bad Faith (describe) _____
      ii. ☐ Multiple Filings
      iii. ☐ Other (describe) _____

   d. Debtor's Statement of Intention regarding the Collateral
      i. ☐ Reaffirm    ii ☐ Redeem    iii. ☐ Surrender    iv. ☐ No Statement of Intention Filed

Date: _____10/1/19_____         _____/s/ Cari A. Kauffman_____
                                           Counsel for Movant

(Rev. 12 /21/09)