UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
Eastern Division

In Re:   )   BK No.:   19-13688
ALBERTA D. MACK-LEE,   )
)
)   Chapter:   13
)   Honorable Deborah L. Thorne
)
)
Debtor(s)   )

**ORDER GRANTING LEAVE TO INCUR ADDITIONAL DEBT AND SHORTEN NOTICE**

THIS MATTER coming to be heard on the motion of the Debtor, the Court having jurisdiction over the parties and the subject matter and being duly advised in the premises and due notice having been given to the parties entitled thereto:

It is hereby ORDERED:

1) Leave to shorten notice is granted.

2) Debtor is granted leave to obtain financing in the amount of $28,500.00 at 19.99% or less APR with monthly payments of $700.00 for the purchase of a 2016 Infiniti QX50 or similar vehicle.

Enter:   *Deborah L. Thorne*

Honorable Deborah L. Thorne
United States Bankruptcy Judge

Dated:  October 16, 2019

**Prepared by:**

Christine H. Clar, ARDC #6202332
Attorney for the Debtor
DAVID SIEGEL & ASSOCIATES, LLC
790 Chaddick Drive
Wheeling, IL  60090
847/520-8100
davidsiegelbk@gmail.com