UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
Eastern Division

| | | |
|---|---|---|
| In Re: | ) | BK No.: 19-13688 |
| | ) | |
| ALBERTA D. MACK-LEE | ) | Chapter: 13 |
| | ) | Honorable Deborah L. Thorne |
| | ) | |
| | ) | |
| Debtor(s) | ) | |

## ORDER MODIFYING AUTOMATIC STAY

This cause coming before the Court upon the Motion of KIA MOTORS FINANCE COMPANY to Modify the Automatic Stay pursuant to Section 362 of the Bankruptcy Code, 11 U.S.C. §362, due notice having been given, and the Court being fully advised in the premises,

IT IS HEREBY ORDERED:

1. That the Motion of KIA MOTORS FINANCE COMPANY to Modify Automatic Stay is hereby granted;

2. That the automatic stay provided by Section 362 of the Bankruptcy Code is hereby modified to permit KIA MOTORS FINANCE COMPANY to take possession of, sell and foreclose its security interest in the 2019 Kia Sportage motor vehicle bearing a Vehicle Identification Number of KNDPRCA65K7551415, which is the subject of its Motion and as provided by Illinois law and statute; and,

3. That Bankruptcy Rule 4001(a)(3) does not apply to this Order.

Enter: *[signature: Deborah L. Thorne]*

Honorable Deborah L. Thorne
United States Bankruptcy Judge

Dated: October 16, 2019

**Prepared by:**

David J. Frankel (Ill. #6237097)
Cari A. Kauffman (Ill. #6301778)
Sorman & Frankel, Ltd.
180 North LaSalle Street, Suite 2700
Chicago, Illinois 60601
(312)332-3535
(312)332-3545 (facsimile)